# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

TYRHAI HOLLY HOWARD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-473

_____

December 27, 2023

Appeal from the Circuit Court for Sarasota County; Thomas Krug, Judge.

Howard L. Dimmig, II, Public Defender, and Kimberly Nolen Hopkins, Assistant Public Defender, Bartow, for Appellant.

PER CURIAM.

Affirmed.

NORTHCUTT, VILLANTI, and LaROSE, JJ., Concur.

_____

Opinion subject to revision prior to official publication.